# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2019

157897 & (13)(18)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOHNNY FELIX HAILEY,
      Defendant-Appellant.

SC: 157897
COA: 342283
Wayne CC: 84-478796

_____/

      On order of the Court, the application for leave to appeal the April 17, 2018 order of the Court of Appeals and the motions to remand and for miscellaneous relief are considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal and the motions within 28 days after the date of this order.

      The application for leave to appeal and the motions remain pending.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2019



Clerk

p0926